# IN THE UNITED STATES DISTRICT COURT
## FOR THE _Eastern_ DISTRICT OF TEXAS
_Lufkin_ DIVISION

Form To Be Used By A Prisoner in Filing a Complaint
Under the Civil Rights Act, 42 U.S.C. § 1983

**F I L E D**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

SEP 2 7 2010

DAVID J. MALAND, CLERK
BY
DEPUTY _____

_Freddie R. Coleman #618875_
Plaintiff's name and ID Number
_Eastham Unit, 2665 Prison Rd #1,_
_Lovelady Texas 75851_
Place of Confinement

CASE NO: _9:10cv135 RC/JKG_
(Clerk will assign the number)

"_Jury Trail Demanded_"

v.

_David Sweetin, Eastham Unit,_
_2665 Prison Rd #1, Lovelady Texas 75851_
Defendant's name and address
_Gregory Oliver, Eastham Unit,_
_2665 Prison Rd #1, Lovelady Texas 75851_
Defendant's name and address
_Richard Cowan, Eastham Unit,_
_2665 Prison Rd #1, Lovelady Texas 75851_
Defendant's name and address
(DO NOT USE "ET AL.")
_"See Attachments"_
_____

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the Clerk of the United States Court for the appropriate District of Texas in the Division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. The list labeled as "VENUE LIST" is posted in your unit law library. It is a list of Texas prison units indicating the appropriate District Court, the Division and an address of the Divisional Clerks.

" Attachment Cont: From Page (1)   Defendants names And Address:

#4. Roy Brown, Eastham Unit. 2665 Prison Rd#1 Lovelady Texas 75851, Sued in his Official And Individual Capacity.

#5. Sheila Dale, Eastham Unit, 2665 Prison Rd#1 Lovelady Texas 75851, Sued in her Official And Individual Capacity.

#6. Mae Cobbs, Eastham Unit, 2665 Prison Rd#1 Lovelady Texas 75851, Sued in her Official And Individual Capacity.

#7. Debbie Erwin, Eastham Unit. 2665 Prison Rd#1 Lovelady Texas 75851, Sued in her Official And Individual Capacity

#8. Craig Fisher, Eastham Unit 2665 Prison Rd#1 Lovelady Texas 75851, Sued in his Official And Individual Capacity.

#9. Blake Lamb, Eastham Unit 2665 Prison Rd#1 Lovelady Texas 75851, Sued in his Official And Individual Capacity.

#10. (First name unknown) Mc Manus (visiting) Eastham Unit / UTMB, 301 University Blvd. Galveston Texas 77555, Sued in her Official And Individual Capacity.

" "Attachment Cont. from Page (1) Defendants names and Address

#11. Brenda Hough, Eastham Unit /UTMB
300 University Blvd, Galveston Texas 77555.
Sued in her, Official and Individual Capacity.

ATT:

During these acts and omissions given
in this complaint, All parties involed,
was and still is acting under the
color of state law, within TDCJ-Divison
And U.TMB Dept.

ATT: PRAYER FOR RELIEF:
Wherefore, Plaintiff respectfully prays that this
court enter judgment granting Plaintiffs:
(1). Injunctive Relief Aghist Defendants #1. David
Sweetin And #2 Gregery Oliver or there successors.
(2). Compensatory damages in the Amount of
$50.000 Against Each defendant, jointly and severally.
(3). Punitive damages in the Amount of $100.000
Against Each defendant.
(4) A jury trail on all issues triable by jury.
(5) Plaintiff costs in this suit.
(6) Any Additional Relief this court deems just,
Proper, And Equitable.

**FILING FEE AND IN FORMA PAUPERIS**

1.  In order for your complaint to be filed, it must be accompanied by the filing fee of **$350.00**.

2.  If you do not have the necessary funds to pay the filing fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis* (IFP), setting forth the information to establish your inability to prepay the fees and costs or give security therefore. You must also include a six (6) month history of your Inmate Trust Account. You can acquire the application to proceed IFP and appropriate Inmate Account Certificate from the law library at your prison unit.

3.  28 U.S.C. 1915, as amended by the Prison Litigation Reform Act of 1995 (PLRA), provides, "…if a prisoner brings a civil action or files and appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." Thus, the Court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the Court will apply 28 U.S.C. 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your Inmate Account, until the entire **$350** filing fee has been paid.

4.  If you intend to seek *in forma pauperis* status, then do not send your complaint without an Application to Proceed IFP, and the Certificate of Inmate Trust Account. Complete all the essential paperwork before submitting it to the Court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the Court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motions(s) for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedures.

**I.  PREVIOUS LAWSUITS:**

A.  Have you filed any other lawsuits in the state or federal court relating to imprisonment?                    _____ YES    _X_ NO

B.  If your answer to "A" is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

1.  Approximate date of filing lawsuit: _____

2.  Parties to previous lawsuit:
    Plaintiff(s): _____

    Defendant(s): _____

3.  Court (If federal, name the district; if state, name the county) _____

4.  Docket Number: _____

5.  Name of judge to whom case was assigned: _____

6.  Disposition: (Was the case dismissed, appealed, still pending?)

    _____

7.  Approximate date of disposition: _____

**II. PLACE OF PRESENT CONFINEMENT:** _Eastham Unit_

**III. EXHAUSTION OF GRIEVANCE PROCEDURES:**

Have you exhausted both steps of the grievance procedure in this institution? __X__ YES ___ NO

Attach a copy of the Step 2 grievance with the response supplied by the prison system.

**IV. PARTIES TO THE SUIT:**

A. Name of address of plaintiff: _Freddie R Coleman #618875, Eastham Unit, 2665 Prison Rd #1 Lovelady Texas 75851_

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: _David Sweetin, Senior Warden, EA Unit, 2665 Prison Rd #1, Lovelady Texas 75851_

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.

_"SEE Attachments"_

Defendant #2: _Gregory Oliver, Asst Warden, EA Unit, 2665 Prison Rd #1, Lovelady Texas 75851_

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.

_"SEE Attachments"_

Defendant #3: _Richard Cowan, Specailist II Maint Dept EA Unit, 2665 Prison Rd #1, Lovelady Texas 75851_

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.

_"SEE Attachments"_

Defendant #4: _Roy Brown III, Supv III Maint Dept EA Unit, 2665 Prison Rd #1, Lovelady Texas 75851_

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.

_"SEE Attachments"_

Defendant #5: _Sheila Dale, CO III Corr Officer, EA Unit, 2665 Prison Rd #1 Lovelady Texas 75851_

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.

_"SEE Attachments"_

"Attachment Cont From Page (3) (Parties To Suit Acts And omissions)

Defendants #1 David Sweetin, Senior Warden
            #2 Gregory Oliver, Asst Warden
            #3 Richard Cowan, Spec II Maint Dept
            #4 Roy Brown III, Supv III Maint Dept

All four defendants are sued in there official
And Individual Capacity's.

These four defendants deliberate Indifference to
Plaintiff's life And safty, by exposing Plaintiff too
A known About long standing Area of A serious
Risk of harm. Did cause Plaintiff to be seriouly
injuried. Due to there callous And reckless dis-
regard of Plaintiff life And safty. Did deprive
Plaintiff of his 14th And 8th Amendment Rights
of the United States Constitution. And did
Constitue cruel And unusual punishment.

"Added Injunction And Relief"

The Plaintiff has no plan, Adequte or complete
Remedy At law to Redress the wrongs described
herein. Plaintiff has been And will continue
to be Phuiscally impaired. by the injury
sustained from this dangerous And unsafe shower
Floor's Area's that Plaintiff is still continuelly
being exposed to daily, by the conduct of the
defendants, unless this court grants the
declaratory And injunctive Relief which Plaintiff
seeks.

"Attachment Cont from Page (3)  (Parties To Suit Acts And Omissions)

" Injunctive Relief Requested

That, defendants or there suscessor's be ordered by this court to take reasonable measure's to have these shower floor's fixed in accordance with Osha Jail And prison standards. To assure the safty of each and every offender's life and safty is granted. ① Epoxize All shower floor's or place enough rubber mat's All over the shower floor AREA's instead of three rubber mat's in A 70-80 man shower. ② order officals to place more rubber mat's And sand-paper stip's in the most dangerous AREA of the shower. ③ ordered by this court to stop the over crowding of the shower during shower time. (to wit) instead of putting 100-200 offender's At one time in A 65-70 capacity shower. ④ ordered by this court to place upon the entering of the shower, caution sign's instead of in back of the shower. And it needs more than one sign.

· Defendants #5. Sheila Dale, CO III
          6. Mae Cobbs, CO II
          7. Debbie Erwin, Asst Warden
          8. Craig Fisher, Major
          9. Blake Lamb, Captain
All defendants place of Empolment; Easthan Unit 2665 Prison Rd #1, Lovelady Texas 75851 ARE sued in there official And Individual capacity

"Attachment Cont From Page (3)    (Parties To Suit Acts And Omissions)

These Five defendants deliberat Indifference to Plaintiff's serious medical needs, by denying Plaintiff Access to the medical Dept, Did deprive Plaintiff of his 8th Amendment Rights of the United States Constitution, And did constitue cruel And unusual punishment.

Defendants #10. (First name unknown) Mc Manus P.A. visting Eastham Unit/UTMB, 301 University Blvd, Galveston Texas 77555. Sued in her official And Individual Capacity.

Defendant #11. Brenda Hough. N.P. Eastham/UTMB 301 University Blvd, Galveston Texas 77555. sued in her official And Individual Capacity.

These two defendants deliberate Indifference to Plaintiff serious medical needs, by denying and delaying Adequte medical treatment. They deprived Plaintiff, And violated Planit, A's 8th amendment Rights of the United States, Constitution. And that violation Constitued cruel And unusual Punishment.

Att: During these Acts And omissions given in this complaint. All parties was And still is acting under the color of State law. within TDCJ-Divison And UTMB Dept.

## V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how <u>each</u> defendant is involved. <u>You need not give any legal argument or cite any cases of statutes</u>. If you intent to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

(1) Deliberate Indifference / Conditions of Confinement

(2) Deliberate Indifference / Denied Access to medical Dept / And Denied And Delayed medical Attention and treatment.

"See Attachments"

## VI. RELIEF: State briefly exactly what you want the court to do for you. Make no legal arguments. Cite not cases or statutes.

"See Attachments"

## VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases:

Freddie Ray Coleman

B. List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if know to you.

unknown

## VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____ YES  X  NO

B. If your answer is "yes", give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (If federal, give district and division): _____

2. Case Number: _____

3. Approximate date sanctions were imposed: _____

4. Have the sanctions been lifted or otherwise satisfied? _____ YES _____ NO

" Attachment Cont' from Page (4) Statement of Claim. -

(X) On or about 06-08-09, Plaintiff did verbally inform Asst Warden Gregory Oliver of the danger and unsafty of the shower floor on C-Dorm at the Eastham Trusty Camp. Upon the information given, Senior Warden David Sweetin was and has had knowledge of these dangerous and unsafe shower for long period of time. They both was aware of the longstanding risk of serious harm that was present in these shower AREA's both at trusty camp and main-building shower's. But did nothing to Abate these injury's that was occurring from time to time, serious injury's. Instead they choose to callously disregard the life's and safty of Plaintiff by exposing Plaintiff to the dangerous and unsafe shower AREA's. And telling plaintiff, that he shouldn't be concerned with worring about when the floor's got fixed. to let maintence Dept worry about that.

(X) Also on or about, 04-16-09, 05-07-09 and 05-26-09. Plaintiff did write I-60's to the Maint Dept Supv's, informing them of the danger that existed in the shower AREA, (3) Richard Cowan Spec II and (4) Roy Brown III Supv II, both disregarded the I-60's And Plaintiff talked to Maint officer at the Camp working on other projects and they informed Plaintiff that they couldn't do nothing without the work-order from Supv.

"Attachment Cont' from Page (4)    Statement of Claim.

cont": And both Supv's Richard Cowan and Roy Brown III of the maint Dept stated that the State dont have the money. And they couldnt do Anything until they here from the Warden. They Recklessly disregarded the Plaintiff life and Safty knowing that Plaintiff was being exposed to A long standing Risk of serious harm.

(5). on or about the 14th of June 2009, Plaintiff did slip and fall in shower AREA. And Plaintiff was helped up off the floor by offender's name And number not Avilable but he lived in #51 bunk on C-Dorm. Plaintiff was helped up to the desk where Plaintiff informed Officer Sheila Dale CO III that he had fell in the shower and was in very sever pain And couldnt move his Right leg. Officer Sheila Dale told Plaintiff that there was no one at Medical after 7:9pm And that Plaintiff would have to wait until the next day. Office Sheila Dale also refused to call her Supv. And refused to file A Accident Report.

(6) on or About 06-20-09 Plaintiff did fall again in the same shower while waiting to see A doctor. And Plaintiff was helped up off the floor by James Moore #1248321 And offender Howard Sparkman #625666, And they took Plaintiff to the desk, And Plaintiff verbally informed Officer Mae Cobbs CO I that he had fell in the shower for the second-time And

" Attachment Cont' from Page (4) Statement of Claim.

cont: Plaintiff was in serve pain and couldn't walk or move his right leg. COI officer Mae Cobbs told Plaintiff in front of both offender's that helped him to the desk, that Plaintiff would have to wait until morning, because there are no medical personell in the infirmary after 7.9m. And Plaintiff again informed Officer Mae Cobbs that he was in real bad pain and needed to be xrayed right now because when he fail something poped like a break And officer Mae Cobbs still disregarded Plaintiff plea for emergency medical and told Plaintiff to go lay down And see about being a walk-in come morning. Officer Mae Cobbs also refused to do a Accident report and wouldn't call her supv.

(5) And (8) on or about the 12th day of July 2009. while At the main -building pending disciplinary Acting. And dueing a unit lock-down. Plaintiff did verbally inform Asst Warden Debbie Erwin And Major Craig Fisher, that he had fail in the shower at the trusty camp three time's And upon his third fall he couldn't get no-one to get him to medical and get him something for pain And a xray. Because Plaintiff informed them both that his

" " Attachment Cont from Page (4) Statement of Claim.

cont: Right hip was broken and that he couldn't lay down and sleep and that he couldn't sit down on the toilet. And at that time instead of Asst Warden Debbie Erwin callin on her radio to get Plaintiff to the Infirmary she listen to Major Craig Fisher who told her ah hell, just take his name and number and we'll check on it later. And they both walked off of the dorm leaving Plaintiff in excusiating pain and offender's James Bais #504810 and Vernon Treche #581468 and Terrance Roper #1066573 all heard and tried to help Plaintiff explain but it was disregarded.

(9) On or about, the 07-13-09 Plaintiff was called out during unit lock-down for displinary court, and Plaintiff made it to Captain Blake Lamb office on clutches and tried to explain to Captain Blake Lamb that he Plaintiff was in excusiating pain and that he had fail three times in the shower at the trusty camp and that he had pleaded with serual officals to take him to the infirmary because Plaintiff couldn't move his right leg. And Captain Blake Lamb informed Plaintiff that he Captain Blake Lamb was running displingry court not sick-call that Plaintiff could ask someone else

"Attachment Con't from Page (4) Statement of Claim.

con't: ONCE he CAptain Blake Lamb finish Runing
the CASE that Plaintiff was the for. And
ONCE CAptain Blake Lamb concluded the
hearing, CAptain Blake Lamb did tell
Plaintiff to EXSist his office that court
WAS OVER. And Plaintiff once AgAin Ask
CAptain Blake Lamb for medical help.
And CAptain Blake Lamb, once AgAin told
Plaintiff. to Ask someone At the SEARCHER's
desk once he Plaintiff go by.

(10) On or about the 23rd of June Plaintiff
WAS Picked uP At the bACK gATE with A
wheel chAir And tAken to the infirmery
by A NAME unknown nurse And security officer
GiffIn COI, Then PlAintiff was seen by A
visiting PA Mc MAnus, whom Plaintiff explaned
to her how many times he had fallen in the
shower And how long he Plaintiff had been
in EXcusiAting pAin. And that he PlAintiff,
couldn't move his right leg nor stand on it,
So P.A. McMAnus did order A XRAy And,
once the XRAy CAME out. A nurse looked
At it And sAid Ain't nothing broken, don't
look like to me. And PA Mc MAnus told
the nurse to give her the XRAy And PA
McMAnus sAid I don't SEE Anything
broken, but you do have REAl bAd

"Attachment Con't from Page (4) Statement of Claim.

con't: Aurthirius vs Barsidius, but there was a facture
of a hair-line, And Doctor Betty Williams stated After
a period of time, that the P.A. Mc'Manus over
looked the facture And was not qualieted to
Read Xrays And should have sent it to the
Raidologist at Estelle for a professrial Reading.
And PA Manus ~~informed~~ informed Plaintiff, I'm not
giving you no norcotic for pain, I'm returning
You to the trusty camp Ready for work.
I give You some Aurthirius medication And
that's enough. And put Plaintiff on Clutches,
And Plaintiff tried to explain to P.A. Manus that
the trusty camp did not have handicap Accom
molations. That is was very dangerous over there
in the shower Area. And PA Mc Manus told
Plaintiff, oh you'll be Alright, and sent Plaintiff
back to work. And Plaintiff did try to work
on Clutches And couldn't bear the pain And
Plaintiff got ready to shower after working
did slip and fall in the shower once against
Clutches and all. And was helped up by the
offender's worded Earlier.

(iv). Plaintiff had been writing sick-call request
   slip's for about 20-25 days And every
   one of them was answered by NP Brenda
   Hough. And none of them was taken

" " Attachment Con't from Page (4) Statement of Claim.

con't: seriously, so on or about 07-10-09, N P
Brenda Hough, did, do cell-side-sick-call's
while the unit was on lock-down, And nurse
Wright was her Asst, at 11-12 Dorm N P
Brenda Hough examined about 14 offender's
And then Plaintiff was call up to the front
last by nurse Wright, And N P Brenda Hough
looked At Plaintiff And seen Plaintiff was on
Clutches And informed nurse Wright, I can't
examine him - Plaintiff, he's on Clutches And
there is no table out here to put him on
And N P Brenda Hough And Nurse Wright
started to leave And Plaintiff. plead with
N P Brenda Hough to please take him to
the infirmary And give him something for
pain And X-Ray his right hip, because it
was broken, And that he couldn't move his
nor stand on it, And N P Brenda Hough told
Plaintiff I can't take you to the infirmary
the Warden don't want us transporting inmates
unless they are bleeding or dying And you
don't fit in neither one of those catagories
And they both walked off leaving Plaintiff
in excrusiating pain And disregarded
Plaintiff's plea for help, for a serious
medical need.

. Att. During these Acts and omissions given in this complaint.
All parties was and still is Acting under the color of
state law.

C.  Has any court ever warned or notified you that sanctions could be imposed? ____ YES  _X_ NO

D.  If your answer is "yes", give the following information for every lawsuit in which warning was imposed. (If more than one, use another piece of paper and answer the same questions.)

1.  Court that imposed warning (if federal, give the district and division): _____

2.  Case number: _____

3.  Approximate date warning were imposed: _____

Executed on: _09-22-10_
(Date)

_Freddie R. Coleman #618875_
(Printed Name)

_Freddie R. Coleman_
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1.  I declare under penalty of perjury all facts presented in this complaint and attachment thereto are true and correct.

2.  I understand if I am released or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3.  I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.

4.  I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits are dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger or serious physical injury.

5.  I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire **$350** filing fee and costs assess by the Court, which shall be deducted in accordance with the law from the inmate account by my custodian until the filing fee is paid.

Signed this _22 nd_ day of _Sept_, 20 _10_.
(Day)          (Month)          (Year)

_Freddie R. Coleman #618875_
(Printed Name)

_Freddie R. Coleman_
(Signature of Plaintiff)

**WARNING:  The Plaintiff is hereby advised any false or deliberately misleading information provided in response to the following questions will result in the imposition of sanctions.  The sanctions the Court may impose include, but are not limbed to monetary sanctions and/or the dismissal of this action with prejudice.**

ATC 1983 (Rev. 04/06)          Page 5 of 5



Texas Department of Criminal Justice

# STEP 2

**OFFENDER GRIEVANCE FORM**

Offender Name: _Freddie Coleman_  TDCJ # _618875_

Unit: _EA_  Housing Assignment: _1-Dorm #29_

Unit where incident occurred: _Eastham_

OFFICE USE ONLY

Grievance #: _____

UGI Recd Date: OCT 09 2009

HQ Recd Date OCT 1 4 2009

Date Due: 11-13

Grievance Code: 611

Investigator ID #: 3570

Extension Date: 12-18

*You must attach the completed Step 1 Grievance that has been accepted. You may not appeal to Step 2 with a Step 1 that has been* ... *by the Warden for your Step 2 appeal to be* ... *ed unprocessed.*

Give reason for appeal (Be specific).  *I am dissatisfied with the response at Step 1 because...*

Due to the facts that, it my medical records had been reviewed it would show that, I was denied medical attention, by NP Hough for the fact of me stating that I was in extreme pain and right hip was broken and I needed to be x-rayed, or sent to Hospital Galveston, where, I could be seen by a orth specialist These sick-calls started from the 19th of June all the way up until 07-18-09. I was beggin for help on every sick-call I wrote, still they went ignored and delayed due to a unit lock-down. I even explained that I fail in the shower twice, while on clutches at the trusty camp. I had a serious medical need that went unattended for a total of 35 days I endured cruel and unusual punishment due to the fact that NP hough said she couldnt bring me to the infirmary because the unit was on lock down, NP Hough actions needs to be addressed as to why she denied my serious need for medical treatment for 35 days before coming to Real that she said I can see your pain Im going to order you a X-ray, NP Hough stated this on 07-18-09 and still didnt give me nothing for pain I didnt even get the X-ray until 3 days later on the 21th of July, NP Hough did not take my medical complaints serious and did not take my sick-calls seria instead NP Hough treated me as a nusiant instead of a patient. I even beged the Warden D. Erwin and Major C. Fisher for medical attention, the day NP Hough said she couldnt see me cell side because there was no table's to examine on. I was still denied by the both of them Warden D Erwin and Major C Fisher. And then I was called to displinary court on 07-13-09 by capt Lamb and I ask him to take me to the infirmary And he said he didnt have time because

---

**I-128 Front** (Revised 9-1-2001)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

he was running court. Even after I told Capt Lamb, my right Hip was broken and I couldn't move my leg forward or step with it. Capt Lamb told me to ask someone at the desk when I pass by, because you the unit was on lock-down. Then I explained to Capt Lamb that I had told the Warden D Erwin and Major C. Fisher that my Hip was broken And medical keep denying me medical attention because we was on lock-down, And I need them to take me to medical And Warden D Erwin took my name And number And that was it. All that happened on the 12th of July, And Capt Lamb said if they didn't take me what's make me Ask him, And I said I just need somebody to get me to the infirmary ASAP. I'm in pain, And he said once he finished running the case I could check with someone in the hollway. I was totally denied delayed And ignored of my serious medical need. By all of these oficals and medical. ~~~his considered not being the Health Admin should have not received to my step one grievence.~~~

**Offender Signature:** _Freddie Glennon_     Attended officers **Date:** 10-08-09

**Grievance Response:**

An investigation has been completed regarding the allegation that you submitted numerous Sick Call Requests (SCR) beginning 06/17/2009 for a hip injury and B. Hough/NP, informed you that you could not come to the infirmary because the unit was on lock-down. The Step 1 response stated your medical record indicates each time you submitted a SCR, you were seen and treated per protocol. The response also stated you were seen by Brace and Limb in June and a hip x-ray revealed your hip join was maintained.

Further review of your medical record indicates the first hip x-ray was done on 06/23/2009 and a fracture was not observed. However, you continued to complain and you continued to be seen by the providers. Crutches were ordered on 07/10/2009, you were given a low row restriction on 07/17/2009 and another hip x-ray was ordered and completed on 07/21/2009 which revealed a fracture at the base of the femoral neck. You were sent to Hospital Galveston for surgery and returned to the unit on 07/31/2009. Thigh-high Ted Hose were issued for 180 days, a medical shower pass ordered for 30 days, triple anti-biotic ointment issued and Ibuprofen ordered. Staples were removed and a low-row assignment re-ordered on 08/18/2009. You have continued to be seen for your hip, including physical therapy on 11/12/2009. At that time you were given instructions for home exercises for your hip and knee and a follow-up appointment in 60 days. Based on the findings during the Step 2 investigation, it appears you have received medical care for your hip by qualified healthcare providers at the Eastham Facility.

The investigation did not reveal any attempts by you to informally resolve your complaint. An I-60 should be submitted to the Complaint Coordinator or Health Administrator before filing a Step 1 grievance. Refer to HSA-34 "Getting Medical Treatment" for further information and please follow these procedures for all future complaints about health care. No action is warranted through the grievance mechanism.

**Signature Authority:** _Guy Smith_     **Date:** 12-2-09

**Returned because:**   *Resubmit this form when corrections are made.* ~~False Response~~

Guy Smith
Program Admin. III-OPS

- [ ] 1. Grievable time period has expired.
- [ ] 2. Illegible/Incomprehensible. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 6. Inappropriate. *

**CGO Staff Signature:** _____

**I-128 Back (Revised 9-1-2001)**

### OFFICE USE ONLY

**Initial Submission**          CGO Initials:_____

Date UGI Recd:_____

Date CGO Recd:_____

(check one) _____ Screened    _____ Improperly Submitted

Comments:_____

Date Returned to Offender:_____

**2nd Submission**          CGO Initials: _____

Date UGI Recd:_____

Date CGO Recd:_____

(check one) _____ Screened    _____ Improperly Submitted

Comments:_____

Date Returned to Offender:_____

**3rd Submission**          CGO Initials:_____

Date UGI Recd:_____

Date CGO Recd:_____

(check one) _____ Screened    _____ Improperly Submitted

Comments:_____

Date Returned to Offender:_____

Texas Department of Criminal Justice

# STEP 2

**OFFENDER GRIEVANCE FORM**

Offender Name: _Freddie Coleman_ TDCJ # _618875_

Unit: _EA_     Housing Assignment: _K-1-12-B_

Unit where incident occurred: _Eastham Trusty Camp CJdue_

OFFICE USE ONLY

Grievance #: _____

UGI Recd Date: _____

HQ Recd Date: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be specific).** *I am dissatisfied with the response at Step 1 because...* They denial my Step one because of a time period expired. But the reason for the expired time period is I didnt know my R-Hip was broken until 35 days later when the infirmary finilly decided to give me a xray of my r-hip after I kept writing sick call after sick call, and was still denial because of serious reasons that was put on the sick call slips and because the unit was on lock-down. Had I known the seriousness and seriousness of my condision I would have put in the grievance in the right time. But as I knew, it should be considered an emergency grievance and the two officer's that neglected to do the incident reports and fail to send me to the infirman, and also fail to notify the supv sgt Guiney that was on duty these two days, should be held accountable for there reckless actions, unprofessionlism as correctional officaes. Both officer Dale 2nd shift trusty camp, and officer M Cushs 2nd shift trusty Camp. I was forced to do my asignal job with a broken Hip, and threatoen with desciplinary action if

I-128 Front (Revised 9-1-2001)     **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**     (OVER)

AUG 2 7 2009

I could not perform my duties. For 35 days even during the 14 day lock down, I was refused medical treatment and after the lock-down I was finally seen and x-rayed. I had major surgery on my R-Hip and now I'm disabled for the rest of my life because of those two officers Negligence of the whole situation. Officer Dale and officer M.Cobbs both work 3rd at Eastham Trusty Camp. I can't even explain the seriousness of the pain I had to endure for those 35 days of being neglected both by officers and medical.

**Offender Signature:** Freddie Coleman          **Date:** 08-21-09

**Grievance Response:** (Attachment)

**Signature Authority:** _____          **Date:** _____

**Returned because:**    *Resubmit this form when corrections are made.*

- ☐ 1. Grievable time period has expired.
- ☐ 2. Illegible/Incomprehensible. *
- ☐ 3. Originals not submitted. *
- ☐ 4. Inappropriate/Excessive attachments. *
- ☐ 5. Malicious use of vulgar, indecent, or physically threatening language. *
- ☐ 6. Inappropriate. *

**CGO Staff Signature:** _____

**I-128 Back (Revised 9-1-2001)**

### OFFICE USE ONLY

**Initial Submission**          CGO Initials:_____

Date UGI Recd:_____

Date CGO Recd:_____

(check one) ____ Screened    ____ Improperly Submitted

Comments:_____

Date Returned to Offender:_____

**2nd Submission**          CGO Initials: ___ _____

Date UGI Recd:_____

Date CGO Recd:_____

(check one) ____ Screened    ____ Improperly Submitted

Comments:_____

Date Returned to Offender:_____

**3rd Submission**          CGO Initials:_____

Date UGI Recd:_____

Date CGO Recd:_____

(check one) ____ Screened    ____ Improperly Submitted

Comments:_____

Date Returned to Offender:_____

... further ... Office water maintenance
Supt. Program Specialist II Richard Cowan, died Recklessly
And callously disregard or indifference to my life
And safty, as well as my rights, under the 8th Amend
ment of the constution. They acted with deliberate
indifference and callous disregards by knowing about
this dangerous area in these dorminitory not just G-Darm.
And refused to address the dangerous situation, after
me writing I-60's three or 4 months in a row, And
even informing the officer's on duty to place this
dangerous area on there AD-84's to be addressed
by maintenance! Officer's M. Cibbs and B. Officer S.
Date both were aware of this dangerous area. The
But they also explored the problem And never had
the slippery floor addressed in turn-out meetings!
They are very much aware of these dangerous
shower's and the slippery area's after coming out
of the shower. There are atleast 3 or 5 offender's
who have broken there rist or arms due to these
shower's And there are 2 or 4 offender's that have
injured there leg's or lower parts of there body's,
And these officials still refuse to have these
dangerous shower corrected! And also Supt. Roy Brown III
was verbally and I-60's, about these dangerous and hazardous
howers, and fail to take reasonable
measured to correct them.

Fredie Coleman
#618875
Date 08-21-09